FILED

APR 2 1 2026

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 25-cr-01268-TWR |
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT OF DISMISSAL WITHOUT PREJUDICE** |
| JUAN CARLOS ARTEAGA (8), | |
| Defendant. | |

Upon motion of the United States of America and pursuant to Rule 48(a), Federal Rules of Criminal Procedure,

IT IS HEREBY ORDERED that the INDICTMENT in the above-entitled case be dismissed, as to Defendant Juan Carlos Arteaga only, without prejudice.

IT IS SO ORDERED AND ADJUDGED.

DATED: 4/21/26

HONORABLE TODD W. ROBINSON
United States District Judge